UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 8:05-cr-214-T-30MAP

FRANCISCO MARQUEZ,

    Defendant.

## FINAL ORDER FOR FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the court on motion of the United States of America for Entry of a Final Order for Forfeiture Money Judgment (Dkt. #43) in the instant case, which, at sentencing, shall be a final order of forfeiture as to the defendant. The court, being fully advised in the premises, hereby finds that the United States has established the requisite *nexus* between the $60,000.00 money judgment and the violation of 21 U.S.C. § 841(a)(1), as charged in Count One of the indictment, to which defendant Francisco Marquez pled guilty. For good cause shown, the motion of the United States (**Dkt. #43**) is GRANTED.

The Court finds that defendant Francisco Marquez obtained proceeds in the amount of $60,000.00 as a result of his participation in the drug conspiracy to which he pled guilty in Count One of the Indictment.

Accordingly, it is hereby

**ORDERED** that defendant Francisco Marquez is personally liable to the United States of America for a forfeiture money judgment in the amount of $60,000.00. The Court shall retain jurisdiction to enter any further orders necessary for the forfeiture and disposition of substitute assets, pursuant to 21 U.S.C. § 853(p), up to the amount of the money judgments, and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Tampa, Florida on February 24, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Tonya L. Shotwell, AUSA
Attorneys of Record

F:\Docs\2005\05-cr-214.Marquez forfeiture.wpd